# Court of Appeals
# of the State of Georgia

ATLANTA,   January 13, 2015    

*The Court of Appeals hereby passes the following order:*

**A15D0198.  BURKE TESFAYE v. THE STATE.**

Burke Tesfaye was convicted of multiple offenses, including murder and armed robbery.  On appeal, the Supreme Court affirmed Tesfaye's conviction, but remanded for re-sentencing as to the armed robbery charge.  See *Tesfaye v. State*, 275 Ga. 439, 443 (5) (569 SE2d 849) (2002).  The trial court re-sentenced Tesfaye accordingly.  Years later, Tesfaye filed a motion requesting that his sentence be corrected.  The trial court denied the motion on September 26, 2014.

Tesfaye filed an application for discretionary appeal in the Supreme Court, which transferred the matter to this Court on October 29, 2014.  We could not docket the application, however, as Tesfaye failed to include a copy of the trial court's order.  See Court of Appeals Rule 31 (e).  Thus, the application was returned to Tesfaye, who re-filed his completed application on December 17, 2014.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because the completed application was filed in this Court 82 days after entry of the order Tesfaye seeks to appeal, it is untimely.  We thus lack jurisdiction to consider the application, which is hereby DISMISSED. See *Hill*, supra.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* _____01/13/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*